IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 05-20095 Ml |
| REHIA BARTON | ) | |
| LATONIA JOHNSON | ) | (60-Day Continuance) |
| Defendant(s). | ) | |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the May 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, June 24, 2005, with trial to take place on the July, 2005, rotation calendar with the time excluded under the Speedy Trial Act through July 15, 2005. Agreed in open court at report date this 22nd day of April, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-25-05

SO ORDERED this 22nd day of April, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
_____
Assistant United States Attorney

_____
_____
_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20095 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT