IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _CAS_ D.C.

2005 JUL -8 PM 1:29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Cr. No. 05-20095-M1/P |
| vs. | * | |
| | * | |
| REHIA BARTON, | * | |
| | * | |
| Defendant. | * | |

MOTION GRANTED
Reset to Aug 4, 2005
at 8:45 am

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
July 13, 2005

## JOINT MOTION TO CONTINUE JULY 14, 2005 CHANGE OF PLEA

The United States, joined by counsel for the defendant, moves the Court to continue the July 14, 2005 change of plea hearing presently set in this case to a date after July 26, 2005. The Assistant United States Attorney assigned to this case is scheduled to be out of town at a CLE conference the week of July 11; defense is scheduled to be out of town the week of July 18 through July 26.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#11392 Tennessee)

FILED BY JPM D.C.
05 JUL 13 PM 7:06
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-14-05

(48)

**CERTIFICATE OF SERVICE**

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been mailed, first class postage pre-paid, to Shelia Brown, Attorney at Law, 91060 Hwy 64, Suite 12, Lakeland, TN 38002.

This _____ day of July, 2005.

TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:05-CR-20095 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT