FILED BY \_\_\_\_ D.C.

05 AUG -3 PM 5: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  05-20095 Ml |
| REHIA PALONE BARTON, | ) ) | |
| Defendant. | ) ) | |

ORDER GRANTING MOTION TO CONTINUE CHANGE OF PLEA HEARING

Before the Court is the Defendant's Motion to Continue August 4, 2005 Change of Plea.  The motion is hereby GRANTED and the Change of Plea hearing is RESET to <u>Monday, August 8, 2005 at 8:45 a.m.</u>

SO ORDERED this 3 DAY OF August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-4-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:05-CR-20095 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Honorable Jon McCalla
US DISTRICT COURT