IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 AM 2:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | Cr. No. 05-20095-M1 |
| REHIA BARTON, | * | MOTION GRANTED |
| Defendant. | * | |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

11/2/05
DATE

## MOTION FOR CONTINUANCE OF NOVEMBER 4, 2005 SENTENCING

The United States moves the Court to continue the November 4, 2005 sentencing presently set in this case until after the December rotation docket. The United States requests this continuance to permit the disposition of the case of the remaining co-defendant prior to defendant Barton's sentencing. Counsel for defendant joins in this motion.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#11392 Tennessee)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-3-05

**CERTIFICATE OF SERVICE**

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been mailed, first class postage pre-paid, to Shelia Brown, Attorney at Law, 90160 Hwy 64, Suite 64, Lakeland, TN 38002.

This 2d day of November, 2005.

TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:05-CR-20095 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Honorable Jon McCalla
US DISTRICT COURT