IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.
05 DEC 19 PM 5: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

2005 DEC 16 PM 4: 17

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

No. 05-20095-M1

REHIA PALONE BARTON,

    Defendant.

MOTION GRANTED
Reset to Wed.
Jan 18, 2006
@ 8:45 A.M.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Dec. 19, 2005
DATE

## MOTION TO CONTINUE DECEMBER 22, 2005 SENTENCING

The Defendant moves the Court to continue the December 22, 2005 Sentencing Hearing presently set in this case. Counsel for the Defendant is scheduled to be out of town from December 19th to December 23rd. The Assistant United States Attorney, Tony Arvin, has no objection to this motion and has requested that the date be reset for a date after January 16th, 2006 due to his being in trial the first two weeks of January.

Respectfully submitted,

Sheila D. Brown (015391)
Attorney at Law
9160 Highway 64, Suite 12
Lakeland, TN 38002
(901) 849-3274

### CERTIFICATION OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Tony Arvin, Assistant United States Attorney, 167 N. Main Street, 8th Floor, Memphis, Tennessee 38103 this 15th day of December, 2005.

Sheila D. Brown

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-20-05

81

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:05-CR-20095 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Honorable Jon McCalla
US DISTRICT COURT